DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOSE JULIO ESPINOSA PABLO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1460

_____

February 25, 2026

Appeal pursuant to Fla. R. App. P. 9.14(b)(1)(A), (F) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Blair Allen, Public Defender, and Andrea M. Norgard, Assistant Public Defender, Bartow, for Appellant.

Jose Julio Espinosa Pablo, pro se.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.